

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00290-CV

Lorenza **MATA**,
Appellant

v.

Paul **MORENO** and Mayra Moreno,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW1900393
Honorable Donna S. Rayes, Judge Presiding

## ORDER

In accordance with the court's opinion of this date, this appeal is REINSTATED and DISMISSED FOR WANT OF JURISDICTION. We ORDER appellant to pay the costs of this appeal.

It is so **ORDERED** on September 21, 2022.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

Michael A. Cruz, Clerk of Court